

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2015

No. 04-15-00428-CR

Jessica Yvette **GARANZUAY,**
Appellant/s

v.

**THE STATE OF TEXAS,**
Appellee/s

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 420081
Honorable Wayne A. Christian, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to October 5, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

Oscar L. Cantu Jr.
Law Offices of Oscar Cantu
507 S. Main Ave.
San Antonio, TX 78204